AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ROBERTO GONZALES,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00251-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#12) is **GRANTED**. This action is **DISMISSED** with prejudice.

   January 7, 2010                                        **LANCE S. WILSON**
                                                                                        Clerk

                                                                                       D. R. Morgan
                                                                                 Deputy Clerk